IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CLARA HEARD, ET AL.,

      Appellant,

v.

CITIMORTGAGE, INC.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4745

Opinion filed October 1, 2014.

An appeal from the Circuit Court for Bay County.
Thomas R. Ellinor, Judge.

Clara Heard, pro se, Appellant.

Nancy M. Wallace and Thomas A. Range of Akerman LLP, Tallahassee, and
William P. Heller of Akerman LLP, Fort Lauderdale, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, ROWE, and OSTERHAUS, JJ., CONCUR.